JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHASITY FOREMAN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PENSKE TRANSPORTATION MANAGEMENT LLC, a Delaware limited liability company; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: 5:24-cv-00665-KK (SHKx)<br>Complaint Filed: February 9, 2024<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

**ORDER OF DISMISSAL WITH PREJUDICE** Based on the Parties' Stipulation of Dismissal with Prejudice, it is hereby ORDERED that:

1. All claims in the above-captioned action are dismissed in their entirety with prejudice;

2. Each party is to bear her/its own respective attorney's fees and costs; and

3. All existing dates and deadlines in this matter are vacated.

IT IS SO ORDERED.

Dated: __January 23__, 2025       _____

Hon. Kenly Kiya Kato
United States District Court Judge